**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE: 1:22-cv-22074-KMM

JUAN CARLOS GIL,

       Plaintiff,

v.

DAVIMARY, INC,

       Defendant.

_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, JUAN CARLOS GIL, and Defendant, DAVIMARY, INC, hereby advise the Court that the parties have reached an agreement in principle to settle the instant case pending execution of a Settlement Agreement. The Parties will file a Stipulation dismissing this Action with prejudice once the settlement agreement is executed, which they reasonably expect to do no later than twenty (20) days from the date of this Notice. Accordingly, the Parties, respectfully request that the Court vacate all currently set dates and deadlines in this case.

Respectfully submitted this February 1, 2023.

/s/ *Anthony J. Perez*
ANTHONY J. PEREZ
Florida Bar No. 535451
GARCIA-MENOCAL & PEREZ, P.L.
350 Sevilla Avenue, Suite 200
Coral Gables, Fl 33134
Telephone: (305) 553- 3464
Email:  ajperez@lawgmp.com
*Counsel for Plaintiff*

/s/ *William G. Salim, Jr.*
WILLIAM G. SALIM, JR.
Florida Bar No. 750379
WILLIAM G. SALIM, JR. P.A.
800 Corporate Drive, Suite 500
Fort Lauderdale, FL 33334
Telephone: (954) 491-2000
Email:  wsalim@wgsjrlaw.com;
cleibovitz@wgsjrlaw.com
*Counsel for Davimary, Inc.*

1

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify a copy of the foregoing was sent by CM/ECF to all counsel of record on this February 1, 2023.

Respectfully submitted,

**GARCIA-MENOCAL & PEREZ, P.L.**
*Attorneys for Plaintiff*
350 Sevilla Avenue, Suite 200
Telephone: (305) 553-3464
Facsimile: (305) 553-3031
Primary E-Mail: ajperez@lawgmp.com
Secondary E-Mail: bvirues@lawgmp.com;
dramos@lawgmp.com

By: _/s/ Anthony J. Perez____
      ANTHONY J. PEREZ

2